**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN RE: STEVEN JUNIOR; MABLE, | : | No. 88 MM 2019 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| ROBERT GILMORE, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of October, 2019, the Application for Leave to File Original Process is GRANTED, and the "Petition for Writ of (*Nunc Pro Tunc*) Habeas Corpus ad Subjiciendum" is DENIED.